IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**RODERICK MILLER**                                                                **PETITIONER**

**v.**                                                        **No. 1:25-CV-0195-SA-DAS**

**MIKE PERKINS**                                                        **RESPONDENT**

**ORDER**

The Petitioner, Roderick Miller has submitted a petition on a 42 U.S.C. §1983 form that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. The Petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 10th day of December, 2025.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE