IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RODERICK MILLER                                                    PETITIONER

v.                                                   No. 1:25-cv-195-SA-DAS

MIKE PERKINS                                                   RESPONDENT

ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On January 14, 2026, the court entered an order requiring the plaintiff to show cause [7] why he had not provided a completed 2254 form as ordered by the Court [4]. The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has passed. This case is therefore DISMISSED without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

SO ORDERED, this, the 17th day of February, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE